IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE MOMIENT, | ) |
| Plaintiff, | ) No. |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMERICAN EDUCATION SERVICES, INC. | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, Inc. ("PHEAA") removes this case from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, PHEAA states as follows:

1. On or about December 24, 2015, Plaintiff Lee Momient ("Plaintiff") filed a complaint ("Complaint") captioned *Lee Momient v. American Education Services, Inc.,* Case No. 2015-L-012952, in the Circuit Court of Cook County, Illinois. In the Complaint, Plaintiff asserts claims against PHEAA for three violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, and invasion of the right of privacy by intrusion upon seclusion. (Complaint, ¶¶ 32, 43, 46, 49.) All of the claims in the Complaint are based upon Plaintiff's allegations that PHEAA initiated automated calls to Plaintiff's cellular telephone without Plaintiff's consent. (Complaint, ¶¶ 13-27.)

2. As set forth fully below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446 because it is a civil action in which Plaintiff seeks relief under a federal statute.

**I.     THE COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441.**

3.     This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(b) because it is a civil action in which Plaintiff seeks relief under the TCPA, 47 U.S.C. § 227 *et seq.*, which arises under the laws of the United States.  "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." § 1441(b).

4.     This Court has supplemental jurisdiction over Plaintiff's state law claim for invasion of the right of privacy by intrusion upon seclusion pursuant to 28 U.S.C. § 1367(a) because it arises from the same set of facts as Plaintiff's claims for violation of the TCPA, such that all of the claims in the Complaint form the same case or controversy..

**II.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

5.     The Circuit Court for Cook County, Illinois is located within the Northern District of Illinois, Eastern Division. 28 U.S.C. § 105(b)(1).  Venue is thus proper because this is the "district and division embracing the place where such action is pending."  *See* 28 U.S.C. § 1441(a).

6.     Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and all papers served on PHEAA is attached hereto as Exhibit A.

7.     PHEAA obtained notice of the action on January 5, 2016 when it received a copy of the summons and Complaint addressed to its corporate office in Harrisburg, Pennsylvania. Had Plaintiff properly effectuated service on PHEAA on January 5, 2016 (which Plaintiff failed to do), the deadline to file the notice of removal would be February 4, 2016.  28 U.S.C. § 1446(b)(1). Accordingly, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

8. No further proceedings have been had in the state court action.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and being filed with the Circuit Court of Cook County, Illinois.

**WHEREFORE**, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, Inc. hereby removes the above-captioned action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: January 27, 2016

Respectfully submitted,

**BRYAN CAVE LLP**
By: */s/ Katharine Lessaris*_____

Jena M. Valdetero (ARDC No. 6290948)
Katharine F. Lessaris (ARDC No. 6306429)
161 North Clark Street, Suite 4300
Chicago, IL 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)
jena.valdetero@bryancave.com
kate.lessaris@bryancave.com

*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of January, 2016, a true and correct copy of the foregoing was mailed, postage pre-paid, to the following counsel of record:

Lee Momient
P.O. Box 608082
Chicago, IL 60660
773-712-2076

*Pro Se Plaintiff*

/s/ Katharine Lessaris

4331964.2